# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 10, 2008

Charles R. Fulbruge III
Clerk

No. 07-20126

In the Matter of:
SHEILA THURLOW,

Debtor.

SHEILA THURLOW,

Appellant,

v.

THOMAS N. THURLOW,

Appellee.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:06-CV-2285

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.
PER CURIAM:[*]

In this bankruptcy proceeding, debtor Sheila Thurlow's husband, Thomas Thurlow, moved to have the automatic stay lifted so that their pending divorce case could proceed. The bankruptcy court granted the motion. Sheila appealed to the district court, which dismissed her appeal.

We have reviewed the briefs, pertinent portions of the record, and the applicable law. There is no reversible error in the orders of the bankruptcy and district courts. The judgment of dismissal is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.